# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>GEORGE J. BINDAS,<br><br>       Defendant. | Case No. 21-CR-137-JPS<br><br>**ORDER** |

On July 7, 2021, the grand jury returned an indictment, charging Defendant with violating 18 U.S.C. § 664 and 29 U.S.C. § 501(c). (Docket #1). On December 20, 2021, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to Counts Three and Ten in the Indictment. (Docket #16).

The parties appeared before Magistrate Judge William E. Duffin on January 21, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #19). Defendant entered a plea of guilty as to Counts Three and Ten in the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (*Id.*)

On January 21, 2022, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Additionally, on March 7, 2022, Defendant filed a motion to adjourn the sentencing hearing currently scheduled for April 21, 2022. (Docket #20). Defendant cites his desire to proceed with sentencing in person, but his inability to comply with the Court's COVID-19 policies. (*Id.*) The Court will adjourn the sentencing hearing. The parties are to contact the Court to reschedule when they are ready to proceed.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #19) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that Defendant's motion to adjourn (Docket #20) be and the same is hereby **GRANTED** and the sentencing hearing scheduled for April 21, 2022 be and the same is hereby **ADJOURNED**.

Dated at Milwaukee, Wisconsin, this 9th day of March, 2022.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge